## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**     *     **CRIMINAL ACTION NO. 16-00270**

**VERSUS**     *     **JUDGE S. MAURICE HICKS, JR.**

**GARY JOSEPH VINCENT**     *     **MAGISTRATE JUDGE HANNA**

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Gary Joseph Vincent, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 13th day of April, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE